UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN MARITAS,

    Plaintiff,

v.

INTERNATIONAL UNION, SECURITY
POLICE, FIRE PROFESSIONALS OF
AMERICA (SPFPA),

    Defendant.
_____/

Case No. 14-10483

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [26] AND DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 26]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

        S/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: December 9, 2014

---

[1] No timely objections were filed.

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 9, 2014, by electronic and/or ordinary mail.

        S/Carol J. Bethel
        Case Manager